IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RICARDO DAILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 3:22-cv-05037-MDH |
| vs. ) | |
| ) | |
| N&R OF JOPLIN, LLC, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff and Defendant, by and through undersigned counsels, and stipulate and agree that the above-captioned cause may be dismissed, with prejudice, with the parties to pay their own court costs, attorney's fees and any and all other expenses of litigation.

Respectfully submitted,

| | |
|---|---|
| */s/ Tiffany B. Klosener* | */s/ Theodore L. Lynch* |
| Tiffany B. Klosener, Bar No. 47078 | Clayton L. Thompson, Bar No. 65230 |
| Holman Schiavone, LLC | Theodore L. Lynch, Bar No. 68221 |
| Tel: 816-283-8738 | FORD, PARSHALL & BAKER, LLC |
| Fax: 816-283-8739 | Tel: 573-449-2613 |
| Email: tklosener@hslawllc.com | Fax: 573-875-8154 |
| ATTORNEYS FOR PLAINTIFF | Email: cthompson@fpb-law.com |
| | Email: tlynch@fpb-law.com |
| | ATTORNEYS FOR DEFENDANT |

**CERTIFICATE OF SERVICE**

The undersigned certifies that a complete copy of the foregoing instrument was electronically filed through the Court's electronic filing system on this 5th day of January, 2024.

/s/ Tiffany Klosener
HOLMAN SCHIAVONE, LLC.